UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIX ALEXIE, JR. Individually and on behalf of all others similarly stituated,<br><br>                      Plaintiffs,<br><br>VERSUS<br><br>BP, PLC, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., HALLIBURTON ENERGY SERVICES, INC. AND CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION<br>                      Defendants. | CIVIL ACTION NO. 10-1250<br><br>SECTION "J"<br><br>DIVISION "3"<br><br>JUDGE  CARL J. BARBIER<br><br>MAGISTRATE<br>   DANIEL E. KNOWLES, III. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the *Ex Parte* Motion for Extension of Time in Which to File Responsive Pleadings, filed by Cameron International Corporation f/k/a Cooper Cameron Corporation;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED and** Defendant, Cameron International Corporation f/k/a Cooper Cameron Corporation, be and the same is

hereby granted an additional twenty-one (21) days, through and including June 16, 2010, in which to file responsive pleadings to Plaintiffs' Complaint with full reservation to Cameron International Corporation f/k/a Cooper Cameron Corporation of all of its objections and defenses, including but not limited to all jurisdictional and service of process defenses.

New Orleans, Louisiana, this __19th__ day of May, 2010.

_____
United States District Judge