MINUTE ENTRY
BARBIER, J.
MAY 27, 2010
JS-10: 1 hr. 15 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WETZEL, ET AL<br>VERSUS<br>TRANSOCEAN LTD, ET AL | CIVIL ACTION<br>NUMBER: 10-1222<br>SECTION: J |
| IVIC<br>VERSUS<br>BP, PLC, ET AL | CIVIL ACTION<br>NUMBER: 10-1249<br>SECTION: J |
| ALEXIE<br>VERSUS<br>BP, PLC, ET AL | CIVIL ACTION<br>NUMBER: 10-1250<br>SECTION: J |
| ROBIN, ET AL<br>VERSUS<br>BP, PLC, ET AL | CIVIL ACTION<br>NUMBER: 10-1295<br>SECTION: J |
| MATTHIAS PROPERTIES, LLC<br>VERSUS<br>BP, PLC ET AL | CIVIL ACTION<br>NUMBER: 10-1309<br>SECTION: J |
| BARASICH, ET AL<br>VERSUS<br>BP, PLC ET AL | CIVIL ACTION<br>NUMBER 10-1324<br>SECTION: J |
| CREPPEL<br>VERSUS<br>BP, PLC ET AL | CIVIL ACTION<br>NUMBER: 10-1346<br>SECTION: J |
| TERREBONNE<br>VERSUS<br>BP, PLC ET AL | CIVIL ACTION<br>NUMBER: 10-1352<br>SECTION: J |
| PARKER<br>VERSUS<br>BP, PLC, ET AL | CIVIL ACTION<br>NUMBER: 10-1411<br>SECTION: J |
| MILES<br>VERSUS<br>HAYWARD, ET AL | CIVIL ACTION<br>NUMBER: 10-1446<br>SECTION: J |
| SCHMALZ, ET AL<br>VERSUS<br>TRANSOCEAN LTD, ET AL | CIVIL ACTION<br>NUMBER: 10-1452<br>SECTION: J |

| | |
|---|---|
| GARNER<br>VERSUS<br>BP PLC, ET AL | CIVIL ACTION<br>NUMBER: 10-1482<br>SECTION: J |
| SCHAFF<br>VERSUS<br>BP PLC, ET AL | CIVIL ACTION<br>NUMBER: 10-1484<br>SECTION: J |
| A BAR & GRILL WITH A BITE, INC, ET AL<br>VERSUS<br>BP, PLC, ET AL | CIVIL ACTION<br>NUMBER: 10-1499<br>SECTION: J |
| DARDAR<br>VERSUS<br>TRANSOCEAN LTD, ET AL | CIVIL ACTION<br>NUMBER: 10-1542<br>SECTION: J |

THURSDAY, MAY 27, 2010   2:30 P.M.
JUDGE CARL J. BARBIER PRESIDING

**COURTROOM DEPUTY:**         **COURT REPORTER:**
**EILEEN STENSRUD**           **CATHY PEPPER**

### STATUS CONFERENCE

Court begins at 2:40 p.m.

Cases called.

All counsel have signed in.

Motions set for oral argument this date (C.A. 10-1324 - Doc #19, 44, 56, 60 and 63 & C.A. 10-1295, Doc #15), are discussed. Counsel for the parties reported significant progress towards reaching an amicable resolution of issues relating to motions for appointment of special counsel and motions to compel discovery. At the request of all parties, the hearing on these motions is CONTINUED to the next court status conference.

BP's procedures for processing claims are discussed. The Court encouraged counsel to work together to implement procedures that make the filing of claims simple and expedient (BP ex 1 admitted & attached).

The court advise counsel for BP that all relevant and discoverable documents should be produced at the earliest possible date without waiting for formal discovery and motion practice. Document should be produced in electronic format and make available to all interested parties. Counsel should work amicably to resolve such issues prior to the next status conference.

The court will appoint interim liaison counsel for plaintiffs until the MDL Panel rules on where these cases will be handled. Counsel for plaintiffs are invited to propose one or more names as interim liaison counsel, which should be submitted to the court not later than JUNE 3, 2010.

The next status/hearing conference will be held on Friday, JUNE 4, 2010 at 9:30 a.m., in open court.

A joint status report from counsel is to be submitted not later than JUNE 3, 2010. At the same time, counsel should suggest a proposed agenda for the status conference scheduled for the following day.

Plaintiff's motion to suspend, or alternatively, extend time for requesting class certification (C.A. 10-1222, #47): ORDERED GRANTED. This order also applies to all other cases assigned to this section in which a putative class action has been alleged.

Court adjourns at 3:55 p.m.


ATTORNEYS:   See attached list